

Phone: 551.444.8100
Facsimile: 551.497.4665
www.rosenblattlegal.com

RAPHAEL M. ROSENBLATT
Email: raphael@rosenblattlegal.com
Attorney at Law
Member, NY &NJ Bars

December 3, 2019

**VIA ECF:**
Honorable Stewart D. Aaron, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

Re: **Melwani v. New 32 America, Inc.**
**Civil Action No: 19-cv-08628**

Dear Magistrate Judge Aaron:

This office represents Defendant New 32 America, Inc. d/b/a Nature Republic in this matter. A Rule 16 Initial Conference is presently scheduled before Your Honor on Tuesday, December 10, 2019 at 11:30 am. We write with the consent of Plaintiff *pro se* Prakash Melwani to request respectfully that the Court adjourn the Initial Conference to a date after January 27, 2020. This is the first request for an adjournment of the Initial Conference.

Defendant New 32 America, Inc. only recently filed its Answer in this matter on November 22, 2019. Since that date (which included the intervening Thanksgiving holiday), the parties have been discussing possible early resolution of this matter (as well as two other pending matters brought by Plaintiff Melwani that are presently pending before the Southern District of New York), and we are optimistic that this case can be resolved. The request for a date after January 27, 2020 is due to the fact that the undersigned counsel will be traveling out of the country from January 15, 2020 through January 26, 2020.



We appreciate the Court's courtesies and attention to this request.

Respectfully submitted,

**ROSENBLATT LAW PC**

*/s/ Raphael M. Rosenblatt*

RAPHAEL M. ROSENBLATT
For the Firm

cc: Prakash Melwani (via email and fax)

Request GRANTED. The initial pretrial conference is adjourned until Monday, January 27, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The Clerk of the Court shall mail this Order to pro se Plaintiff. SO ORDERED.
Dated: December 3, 2019

*/s/ Stewart D. Aaron*